# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WAYNE MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES PETERSON, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00897-MJS (PC)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2)** |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

On June 12, 2014, Plaintiff filed an application to proceed in forma pauperis (ECF No. 2) revealing he is unable to afford the costs of this action.

Accordingly, for the reasons stated, it is HEREBY ORDERED THAT the June 12, 2014 application to proceed in forma pauperis (ECF No. 2) is GRANTED.

IT IS SO ORDERED.

Dated:　June 17, 2014　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28